United States District Court District of Montana Missoula Division

Christopher M. Brown

V.

Mayor Paul Briney
Commissioner Gale Deuller
Commissioner William Barron
Commissioner Steve Stanley
Sheriff Donald Bell
Under Sheriff Ben Woods
Judge Deborah Kim Christopher
Judge James Manley
Benjamin R. Anciaux
James LaPotka
Steven Eschenbacher
Molley Owen
Robert Long
Lake Co. Jail Staff
City of Polson

Civil Action No. _____

Civil Complaint Under USC 1983

JAN 25 2021

Clerk, U.S. Courts
District of Montana
Missoula Division

I Christopher Micheal Brown was and is confined at the Lake County Jail Facility, Located at 106 4th Ave E. in the City of Polson, State of Montana From December 31st To Present.

Defendant Paul Briney is and was at all relevant times here in Mayor of the City of Polson.

Defendant Commissioner William Barron, was at all times relevant here in the Commissioner of Adult Services for the City of Polson, with the Responsibility for Operating and Maintaining Detention Penal and Corrective Institutions with in the City of Polson including The County Jail.

Defendant Commissioner Gale Deuller was at all times relevant here in the Commissioner of Adult Services for the City of Polson with the Responsibility for Operating and Maintaining Detention Penal and Corrective Institution with in the City of Polson including the County Jail.

AT ALL RELEVANT TIMES DEFENDANT COMMISSIONER STEVE SHEFFELS HEREIN THE COMMISSIONER FOR THE CITY OF POLSON WITH THE RESPONSIBILITY FOR OPERATING AND MAINTAINING DETENTION PENAL AND CORRECTIVE INSTITUTIONS WITHIN THE CITY OF POLSON INCLUDING THE COUNTY JAIL.

DEFENDANT DON BELL IS AND WAS AT ALL RELEVANT TIMES HERE IN THE SHERIFF SUPERINTENDENT OF THE COUNTY JAIL FOR THE CITY OF POLSON, AS THE SHERIFF OF THE COUNTY JAIL DEFENDANT DON BELL MANAGES IT'S DAY TO DAY OPERATIONS AND EXECUTES IT'S POLICIES.

DEFENDANT BEN WOODS IS AND WAS AT ALL RELEVANT TIMES HERE IN THE THE UNDERSHERIFF SUPERINTENDENT OF THE COUNTY JAIL FOR THE CITY OF POLSON, AS UNDER SHERIFF OF THE COUNTY JAIL, DEFENDANT BEN WOODS MANAGES IT'S DAY TO DAY OPERATIONS AND EXECUTES IT'S POLICIES.

DEFENDANT JUDGE DEBORAH KIM CHRISTOPHER AND AS AN INDIVIDUAL IS AND WAS AT ALL RELEVANT TIMES THERE IN AN EMPLOYEE OF THE COUNTY.

DEFENDANT JUDGE JAMES MANLEY AND AS AN INDIVIDUAL IS AND WAS AT ALL RELEVANT TIMES HERE IN AN EMPLOYEE OF THE COUNTY.

DEFENDANT DEPUTY COUNTY ATTORNEY FOR LAKE COUNTY AND AS AN INDIVIDUAL IS AND WAS AT ALL TIMES RELEVANT HEREIN AN EMPLOYEE OF THE COUNTY. DEFENDANT BENJAMIN R. ANCIAUX

DEFENDANT DEPUTY COUNTY ATTORNEY STEVE ESCHENBACHER AND AS AN INDIVIDUAL IS AND WAS AT ALL TIMES RELEVANT HEREIN AN EMPLOYEE OF THE COUNTY.

DEFENDANT DEPUTY COUNTY ATTORNEY JAMES LAPOTKA AND AS AN INDIVIDUAL IS AND WAS AT ALL TIMES RELEVANT HEREIN AN EMPLOYEE OF THE COUNTY.

DEFENDANT JAIL STAFF IS AND WAS AT ALL TIMES RELEVANT TIMES HERE IN EMPLOYEES OF THE COUNTY JAIL

DEFENDANT Molly Owen IS AN WAS AT ALL RELEVANT TIMES AN EMPLOYEE OF THE COUNTY.

DEFENDANT Robert Long IS AND WAS AT ALL RELEVANT TIMES AN EMPLOYEE OF THE COUNTY.

DEFENDANT City of Polson IS AND WAS AT ALL RELEVANT TIMES HERE IN MUNICIPAL CORPORATION OF THE STATE OF MONTANA.

THIS ACTION ARISES UNDER AND IS BROUGHT PURSUANT TO 42 U.S.C. SECTION 1983 TO REMEDY THE DEPRIVATION UNDER Color OF STATE LAW, OF RIGHTS GUARENTEED BY THE 8TH AND 14TH AMENDMENTS TO THE UNITED STATES CONSTITUTION. THIS COURT HAS JURISDICTIONS OVER THIS ACTION PURSUANT TO 28 U.S.C. SECTION 1331 AND 1343.

PLAINTIFFS CLAIMS FOR INJUNCTIVE RELIEF ARE AUTHORIZED BY Rule 65 OF THE FEDERAL RULES OF CIVIL PROCEDURE. THIS CAUSE OF ACTION AROSE IN THE DISTRICT OF MONTANA, MISSOULA DIVISION, THERE FOR VENUE IS PROPER UNDER 28 USC SECTION 1391 (b)

PLAINTIFF HAS NO OTHER LAWSUITS DEALING WITH THE SAME FACTS INVOLVED IN THIS ACTION OR OTHERWISE RELATING TO THEIR IMPRISONMENT.

THE PLAINTIFF HAS EXHAUSTED ALL AVAILABLE ADMINISTRATIVE REMEDIES WITHIN THE LAKE COUNTY JAIL. GRIEVANCES HAVE BEEN FILED ON SEVERAL OCCASIONS, MOST HAVE NOT BEEN RESPONDED TO, ANYTHING TO DO WITH THE PREVIOUS SUITS HAVE NOT BEEN ADDRESSED.

AT ALL RELEVANT TIMES HEREIN DEFENDANTS WERE "PERSONS" FOR THE PURPOSE OF 42 U.S.C SECTION 1983 AND ACTED UNDER COLOR OF LAW TO DEPRIVE THE PLAINTIFF OF HIS CONSTITUTIONAL RIGHTS

A CIVIL CLAIM WAS FILED AGAINST LAKE COUNTY IN 1995 BY HARRY LOZEAU, DOUGLAS MATT, ANGELA HAWKINS, REYNALDO THOMPSON, AND WAYNE BROWN. AN ORDER AND JUDGEMENT WAS ISSUED ON OCTOBER 11 1996, UPON JOINT REQUEST OF THE PARTIES FOR THE APPROVAL AND ENTRY OF A CONSENT DECREE IN THE FOLLOWING FORM.
HAVING REVIEWED THE PARTIES AGREEMENT AND FINDING THAT IT REPRESENTS A FAIR AND REASONABLE RESOLUTION OF THE ISSUES PENDING AMONG THEM, HEREBY APPROVES THE FOLLOWING CONSENT DECREE, ORDER AND JUDGEMENT AND DIRECTS THE ENTRY THERE AS FOLLOWS, "THIS CONSENT DECREE SHALL BE ONGOING IN NATURE AND CONTINUE IN FULL

Force And Effect To Legally (sic) (until) The Date It Is Approved By The Court Regardless Of Whether Any Of The Named Plantiffs Resides In The Detention Center At Any Given Time. All Future And Current Inmates Of The Detention Center Are Intended Beneficiaries Of This Consent Decree With Full Rights To Petition To Enforce Its Terms In Entering Into This Decree Defendants Acknowledge That They Have Carefully Considered (A) The Cost Of Implementing This Decree And (B) The Anticipated Needs Of Lake County In The Future For Jail Space.

A Contempt Was Filed Against The Lake County Jail In 1997. And Again In 1999, For Not Complying With The Consent And Decree. Todays Date Is January 18TH, 2022. Lake County Has Still Failed To Improve The Conditions Of The Jail Facility. In 1999 In An Attempt To Remedy Problems, And Dispite Budgetary Cuts, The Jail Budget "Went Why Up" From $310,000 To $538,000. A Conservative Estimate Is $12,766,000 Has Been Given To Lake County Jail To Improve The Jail Facility. Where Has That Money Been Spent It Certainly Hasn't Been On The Jail. The Jail Looks Alot Worse Now Then It Did In 1996.

We Still Are Dealing With
1.) Inadequate Right To Practice Religion.
2.) Inadequate Medical Care
3.) Inadequate Access To Law Library
4.) Inadequate Representation By Public Defenders.
5.) Inadequate Housing, And Overcrowding
6.) Inadequate Fire Safety Equipment And Posted Routes

Relief

The Plantiff Prays For Relief For Monetary Damages, Compensatory Damages, On The Amount Of 1500.00 For Every Day Spent In Lake County Jail And Punitive Damages In The Amount Of $1,500,000.00 (One Million Five Hundred Thousand Dollars.) ~~Between This 18th Day Of January 2022~~ Also An Independant Audit, Health Inspector And Be Provided Housing, Health Care, Recreation, Access To Religious Services, Fire Safety Measures, Legal Law Library, That Is Adequate And Up To Montana Jail Standards.

Dated This 18TH Day Of January 2022.    Ch. R.
                                          Christopher Brown

CERTIFICATE OF SERVICE

THIS IS TO HEREBY CERTIFY THAT A TRUE AND CORRECT
COPY OF THIS CIVIL COMPLAINT UNDER USC 1983 WAS SERVED
TO THE FOLLOWING INDIVIDUALS DATED THIS 18TH DAY OF
JANUARY 2022 BY USPS MAIL

x Christopher M. Brown
CHRISTOPHER M. BROWN

US DISTRICT CLERK OF COURT
201 EAST BROADWAY
MISSOULA, MT 59802

LAKE COUNTY CLERK OF COURT
106 4TH AVE. E., POLSON, MT 59860